UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSIAS ALBERTO TZUL TZUL<br><br>                    Petitioner,<br><br>          -against-<br><br>BLANCHE, et al.,<br><br>                    Respondents. | 26-CV-3673 (LJL)<br><br>MEMORANDUM AND ORDER |

LEWIS J. LIMAN, United States District Judge:

Petitioner Josias Alberto Tzul Tzul, who was detained by immigration authorities on or about May 1, 2026, petitions for the writ of habeas corpus under 28 U.S.C. § 2241. *See* Dkt. No. 1. Petitioner is a forty-year-old man from Guatemala who has resided in the United States for sixteen years and who has a pending asylum case. *Id.* ¶ 9. While working in construction near Coney Island on May 1, 2026, he was arrested by ICE agents without a warrant. *Id.* ¶ 10.

By Order entered May 4, 2026, the Court scheduled a conference for May 6, 2026 and directed Respondents to submit a joint letter by May 5, 2026, addressing, among other things, whether there is any basis to distinguish this case from *Cunha v. Freden*, __ F.4th __, 2026 WL 1146044 (2d Cir. Apr. 28, 2026), and, if not, whether Respondents would consent to issuance of the writ. *See* Dkt. No. 3. On May 5, 2026, Respondents filed a letter stating that the Petitioner is "unquestionably subject to detention under § 1226(a) . . . under which Petitioner should have received an initial custody determination shortly after being arrested." Dkt. No. 5 at 2. Respondents states that the ICE officer did not conduct such an individualized assessment. *Id.* Respondents "does not oppose an order granting the petition on this basis." *Id.* Accordingly, and in light of Respondents' concessions, the Petition for the writ of habeas corpus is GRANTED. Respondents shall release Petitioner in this District—and file certification thereof—by May 5,

2026 at 10:00 p.m.  The conference scheduled for May 6, 2026 is hereby canceled as moot.  The

Clerk of Court is directed to close this case.

      SO ORDERED.

Dated:    May 5, 2026
          New York, New York

                                LEWIS J. LIMAN
                          United States District Judge

2