UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSIAS ALBERTO TZUL TZUL

                    Petitioner,

        -against-

BLANCHE, et al.,

                    Respondents.

26-cv-3673 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Respondents shall take steps to try to secure Petitioner's release by 9:00 a.m. and shall release him from custody no later than 12:00 p.m. on May 6. Respondents shall further take steps to ensure that Petitioner is not prejudiced with respect to his master calendar hearing scheduled for this morning and shall advise the Court by close of day of such steps.

SO ORDERED.

Dated:   May 6, 2026
         New York, New York

LEWIS J. LIMAN
United States District Judge