**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSIAS ALBERTO TZUL TZUL,

                        Petitioner,                        26 **CIVIL** 3673 (LJL)

      -against-                            **JUDGMENT**

BLANCHE, et al.,

                        Respondents.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 5, 2026, the Petition for the writ of habeas corpus is GRANTED.

**Dated:**  New York, New York

      May 7, 2026

                                    **TAMMI M. HELLWIG**

                                    **Clerk of Court**

**BY:**

                                    **Deputy Clerk**